# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

    v.                 Crim. No.  5:13-MJ-1692

JESSE M. MILLER


   On September 10, 2013, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.


Reviewed and approved,          Respectfully submitted,


 /s/ Robert K. Britt           /s/ Nikki Allen
Robert K. Britt            Nikki Allen
Senior U.S. Probation Officer        Probation Officer


### ORDER OF COURT

   Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

   Dated this____11th_____ day of _____April_____, 2014.


              _____
              William A. Webb
              U.S. Magistrate Judge